UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Si Tien P., | Case No. 26-cv-1445 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, *Secretary, Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to Petitioner Si Tien P.'s *Petition for Writ of Habeas Corpus* (ECF No. 1) ("Petition") on or before **February 19, 2026** certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

    b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so on or before **February 20, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 16, 2026                    *s/ Dulce J. Foster*
                                                      Dulce J. Foster
                                                      United States Magistrate Judge