UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Si P., | File No. 26-cv-1445 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kristi Noem, *Secretary, Department of Homeland Security*, Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*, and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on February 24, 2026. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**; and

2. Respondents must release Petitioner Si P. from custody:

    A. As soon as practicable;

    B. Inside the State of Minnesota;

    C. At a safe time and place communicated in advance to counsel; and

D.  With all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 2, 2026
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court