# UNITED STATES DISTRICT COURT
## District of Minnesota

Si Tien Pham,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1445 ECT/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**; and

2. Respondents must release Petitioner Si P. from custody:

A. As soon as practicable;

B. Inside the State of Minnesota;

C. At a safe time and place communicated in advance to counsel; and

D. With all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.

Date: 3/2/2026

KATE M. FOGARTY, CLERK